**Opinion filed July 8, 2010**



In The

# Eleventh Court of Appeals

_____

## No. 11-10-00068-CV
_____

## RANDY MULKEY, Appellant

## V.

## IGNACIO DE LOS SANTOS ET AL, Appellees

On Appeal from the 70th District Court

Ector County, Texas

Trial Court Cause No. A-122,838

### M E M O R A N D U M   O P I N I O N

Randy Mulkey has filed in this court a motion to dismiss his appeal. In his motion, Mulkey states that the parties have resolved their differences. The motion is granted, and the appeal is dismissed.

PER CURIAM

July 8, 2010

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.